SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
RICHARD J. SIMMONS, Cal. Bar No. 72666
GEOFFREY D. DEBOSKEY, Cal. Bar No. 211557
333 South Hope Street, 48th Floor
Los Angeles, California  90071-1448
Telephone:    213-620-1780
Facsimile:     213-620-1398
rsimmons@sheppardmullin.com
gdeboskey@sheppardmullin.com

Attorneys for Defendants CHIPOTLE MEXICAN GRILL, INC.; CHIPOTLE MEXICAN GRILL SERVICE CO., LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLO GABRIELLI, on behalf of himself, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>                Plaintiff,<br><br>   v.<br><br>CHIPOTLE MEXICAN GRILL, INC.; CHIPOTLE MEXICAN GRILL SERVICE CO., LLC, and DOES 1 through 10 inclusive,<br><br>                Defendant. | Case No. CV 09-01511 MMC<br><br>The Hon. Maxine M. Chesney<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>[Complaint Filed:  March 4, 2009]<br><br>Trial Date:   None Set |

1  On September 30, 2009, Plaintiff Marcello Gabrielli and Defendants Chipotle
2  Mexican Grill, Inc. and Chipotle Mexican Grill Service, Co., LLC submitted a proposed Joint
3  Protective Order concerning discovery and confidential information ("Protective Order"). The
4  Court has reviewed the Protective Order and, for good cause shown, hereby adopts the parties'
5  proposed Protective Order as the ORDER of this Court.

Date: October 2, 2009

_____
THE HONORABLE MAXINE M. CHESNEY