FILED BY FAX
PURSUANT TO LOCAL RULES

RECEIVED

09 SEP 29 PM 2:51

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

United States District Court
For the Northern District of California

| | |
|---|---|
| MARCELLO GABRIELLI | CASE NO. 09-1511 MMC |
| Plaintiff, | ~~(Proposed)~~ |
| v. | ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| CHIPOTLE MEXICAN GRILL, INC., CHIPOTLE MEXICAN GRILL SERVIC | |
| Defendant. | |

LEAH CAPRITTA, whose business address and telephone number is

MESSNER & REEVES, LLC
1430 Wynkoop Street, Suite 400
Denver, CO 80202    (303) 623-1800

and who is an active member in good standing of the bar of the state of Colorado having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing all Defendants in this action.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: October 2, 2009

MAXINE M. CHESNEY
United States District Judge