1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2     Including Professional Corporations
   RICHARD J. SIMMONS, Cal. Bar No. 72666
3  GEOFFREY D. DEBOSKEY, Cal. Bar No. 211557
   333 South Hope Street, 48th Floor
4  Los Angeles, California  90071-1448
   Telephone:  213-620-1780
5  Facsimile:   213-620-1398
   rsimmons@sheppardmullin.com
6  gdeboskey@sheppardmullin.com

7  Attorneys for Defendants CHIPOTLE
   MEXICAN GRILL, INC.; CHIPOTLE
8  MEXICAN GRILL SERVICE CO., LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLO GABRIELLI, on behalf of himself, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>            Plaintiff,<br><br>    v.<br><br>CHIPOTLE MEXICAN GRILL, INC.; CHIPOTLE MEXICAN GRILL SERVICE CO., LLC, and DOES 1 through 10 inclusive,<br><br>            Defendant. | Case No. CV 09-01511 MMC<br><br>The Hon. Maxine M. Chesney<br><br>**[PROPOSED] ORDER GRANTING PARTIES' STIPULATION CONTINUING DATES FOR CLASS CERTIFICATION BRIEFING**<br><br>[Complaint Filed:  March 4, 2009]<br><br>Trial Date:         None Set |

-1-

1  On June 17, 2010, Plaintiff Marcello Gabrielli and Defendants Chipotle
2  Mexican Grill, Inc. and Chipotle Mexican Grill Service Co, LLC filed a stipulation
3  requesting a three week continuance of the deadline for Plaintiff to file a class
4  certification motion so as to permit the parties to complete settlement negotiations.
5
6  Good cause having been shown, the Court hereby **GRANTS** the
7  parties' stipulation and **ORDERS** that the deadline for Plaintiff to file a Motion for
8  Class Certification is continued to and including July 19, 2010.  All other dates shall
9  remain as presently set.

Date: __June 23, 2010_____     _____
THE HONORABLE MAXINE M. CHESNEY