SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RICHARD J. SIMMONS, Cal. Bar No. 72666
JASON W. KEARNAGHAN, Cal. Bar No. 207707
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1448
Telephone:    213-620-1780
Facsimile:     213-620-1398
rsimmons@sheppardmullin.com
jkearnaghan@sheppardmullin.com
Attorneys for Defendants CHIPOTLE MEXICAN GRILL, INC.; CHIPOTLE MEXICAN GRILL SERVICE CO., LLC

Eric A. Grover, Esq. (SBN 136080)
Jade Butman, Esq. (SBN 235920)
KELLER GROVER LLP
425 Second Street, Suite 500
San Francisco, California  94107
Tel. (415) 543-1305; Fax: (415) 543-7861
eagrover@kellergrover.com
jbutman@kellergrover.com

Scot Bernstein, Esq. (SBN 94915)
LAW OFFICES OF SCOT D. BERNSTEIN,
A PROFESSIONAL CORPORATION
101 Parkshore Drive, Suite 100
Folsom, California  95630
Tel. (916) 447-0100
Fax (916) 933-5533

Attorneys for Plaintiff
Marcello Gabrielli

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLO GABRIELLI, on behalf of himself, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL, INC.; CHIPOTLE MEXICAN GRILL SERVICE CO., LLC, and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No. CV 09-01511 MMC<br><br>The Hon. Maxine M. Chesney<br><br>**STIPULATION RE DISMISSAL**<br><br>[Proposed Order filed concurrently herewith]<br><br>[Complaint Filed:  March 4, 2009]<br><br>Trial Date:   None Set |

Case No. CV 09-01511 MMC                                      STIPULATION RE DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Marcello Gabrielli ("Plaintiff") and Defendants Chipotle Mexican Grill, Inc. and Chipotle Mexican Grill Service Co., LLC ("Defendants") hereby enter into the following Stipulation re Dismissal and request the Court to enter an Order thereon as proposed herein.

**STIPULATION**

1. Plaintiff commenced this action in state court on or about March 4, 2009.

2. Defendants removed this action to federal court on or about April 23, 2009.

3. Plaintiff and Defendants have entered into a Settlement Agreement and General Release of All Claims, pursuant to which the parties agree that: (a) this action shall be dismissed with prejudice as to Plaintiff's claims as an individual, but without prejudice as to the rights of any other putative class members; (b) each party shall bear its own respective costs and attorneys' fees.

Dated: September 8, 2010    **KELLER GROVER LLP**

By: /s/Eric A. Grover
ERIC A. GROVER
Attorneys for Plaintiff


Dated: September 8, 2010    **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: /s/Jason W. Kearnaghan
RICHARD J. SIMMONS
JASON W. KEARNAGHAN
Attorneys for Defendants

| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | A Limited Liability Partnership |
| 2 | Including Professional Corporations |
| | RICHARD J. SIMMONS, Cal. Bar No. 72666 |
| 3 | JASON W. KEARNAGHAN, Cal. Bar No. 207707 |
| | 333 South Hope Street, 43rd Floor |
| 4 | Los Angeles, California 90071-1448 |
| | Telephone: 213-620-1780 |
| 5 | Facsimile: 213-620-1398 |
| | rsimmons@sheppardmullin.com |
| 6 | jkearnaghan@sheppardmullin.com |

Attorneys for Defendants CHIPOTLE MEXICAN GRILL, INC.; CHIPOTLE MEXICAN GRILL SERVICE CO., LLC

Eric A. Grover, Esq. (SBN 136080)
Jade Butman, Esq. (SBN 235920)
KELLER GROVER LLP
425 Second Street, Suite 500
San Francisco, California 94107
Tel. (415) 543-1305; Fax: (415) 543-7861
eagrover@kellergrover.com
jbutman@kellergrover.com

Scot Bernstein, Esq. (SBN 94915)
LAW OFFICES OF SCOT D. BERNSTEIN,
A PROFESSIONAL CORPORATION
101 Parkshore Drive, Suite 100
Folsom, California 95630
Tel. (916) 447-0100
Fax (916) 933-5533

Attorneys for Plaintiff
Marcello Gabrielli

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLO GABRIELLI, on behalf of himself, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL, INC.; CHIPOTLE MEXICAN GRILL SERVICE CO., LLC, and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No. CV 09-01511 MMC<br><br>The Hon. Maxine M. Chesney<br><br>[PROPOSED] ORDER RE DISMISSAL<br><br>[Stipulation filed concurrently herewith]<br><br>[Complaint Filed: March 4, 2009]<br><br>Trial Date: None Set |

---

Case No. 09-cv-01511 MMC                                              [PROPOSED] ORDER RE DISMISSAL

GOOD CAUSE having been shown therefore, it is HEREBY ORDERED THAT:

1. This action is dismissed with prejudice as to Plaintiff's claims as an individual, but without prejudice as to the rights of any other putative class members.

2. Each party shall bear its own respective costs and attorneys' fees.

Dated: September 9, 2010

_____
UNITED STATES DISTRICT JUDGE